IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00240-LTB

DAVON Q. WILLIAMS,

      Plaintiff,

v.

DENVER SHERIFF DEPARTMENT,
GARY WILSON, Director, Individual Capacity,
ALEX MARTINEZ, Individual Capacity, and
CITY AND COUNTY OF DENVER,

      Defendants.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on March 8, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

     DATED at Denver, Colorado, this 8 day of March, 2013.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk

               By: s/  S. Grimm
                   Deputy Clerk